IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

CHANTERRIA ROBERTS,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-1361

Opinion filed July 21, 2014.

An appeal from the Circuit Court for Leon County.
Dawn Caloca-Johnson, Judge.

Nancy A. Daniels, Public Defender; Nicole A. Bamberski and Steven L. Seliger, Assistant Public Defenders, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

      The appellant's conviction and sentence are affirmed in this Anders[1] appeal, but we remand for correction of the statute citation in the written judgment that reflects the appellant was convicted under section 784.03(2), Florida Statutes

_____

[1] Anders v. California, 386 U.S. 738 (1967).

(2013).  Instead, she was convicted under section 784.045(1)(b), Florida Statutes (2013), aggravated battery on a pregnant victim, a second-degree felony.

AFFIRMED, but REMANDED to correct the statute citation in the judgment.

WOLF, ROBERTS, and ROWE, JJ., CONCUR.